UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN
_____

In the Matter of:
  TUESDAY R. PAYTON                         Chapter 13 Bankruptcy
                                                  Case No. 15-24160 - GMH
_____

**TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 7 FILED BY WISCONSIN AUTO TITLE LOANS, INC.**
_____

      The Chapter 13 Trustee, Mary B. Grossman, hereby objects to the proof of claim number 7 filed by WISCONSIN AUTO TITLE LOANS, INC. in this bankruptcy matter on the following grounds:

      1. WISCONSIN AUTO TITLE LOANS, INC. filed a claim for $1,803.59 on August 28, 2015.

      2. Pursuant to Bankruptcy rule 3002(c), the last day to file claims, except for the claims of governmental units, was August 20, 2015.

      WHEREFORE, the Trustee respectfully requests that this Court enter an Order disallowing this claim in its entirety because the creditor filed its claim after the claims deadline.

      Dated in Milwaukee, Wisconsin on October 16, 2015.

                                                    /s/_____
                                                  Mary B. Grossman, Trustee
                                                  Robert W. Stack, Staff Attorney
                                                  Christopher D. Schimke, Staff Attorney
                                                  Sandra M. Baner, Staff Attorney
                                                 Chapter 13 Standing Trustee
                                                 P.O. Box 510920
                                                 Milwaukee, Wisconsin 53203
                                                 T:  (414) 271-3943
                                                 F:  (414) 271-9344

Drafted by:
sk

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In the Matter of:
 TUESDAY R. PAYTON                              Chapter 13 Bankruptcy
                                                Case No. 15-24160 - GMH

**CERTIFICATE OF SERVICE**

I hereby certify that on October 16, 2015, the **TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 7 FILED BY WISCONSIN AUTO TITLE LOANS, INC. and NOTICE OF HEARING** in this case were electronically filed with the Clerk of Court and served upon the following parties using the ECF system:

    OFFICE OF THE U.S. TRUSTEE                  LOMBARDO LAW OFFICE

I further certify that I have mailed by United States Postal Service the same documents to the following non-ECF participants:

            TUESDAY R. PAYTON
            5338 N. 57TH STREET
            MILWAUKEE, WI   53218

            WISCONSIN AUTO TITLE LOANS, INC.
            C/O LEGAL DEPARTMENT
            8601 DUNWOODY PLACE, SUITE 406
            ATLANTA, GA   30350

            C T CORPORATION
            REGISTERED AGENT FOR
            WISCONSIN AUTO TITLE LOANS, INC.
            8020 EXCELSIOR DR. STE. 200
            MADISON, WI   53717

    Dated:   October 16, 2015

                                        /s/_____
                                        Sally Kasik
                                        Legal Assistant
                                        Office of the Chapter 13 Trustee
                                        P.O. Box 510920
                                        Milwaukee, WI 53203
                                        T:   (414) 271-3943
                                        F:   (414) 271-9344

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

_____

In the Matter of:
 TUESDAY R. PAYTON                                    Chapter 13 Bankruptcy
                                                     Case No. 15-24160 - GMH

_____

**NOTICE OF HEARING ON TRUSTEE'S OBJECTION TO PROOF OF CLAIM NO. 7 FILED BY WISCONSIN AUTO TITLE LOANS, INC.**

_____

**NOTICE TO PARTIES IN INTEREST:**

    PLEASE TAKE NOTICE that on October 16, 2015, the Trustee filed an objection to Proof of Claim NO. 7 filed by WISCONSIN AUTO TITLE LOANS, INC.

    **Your claim may be reduced, modified, or eliminated.   You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.   (If you do not have an attorney, you may wish to consult with one.)**

    If you do not want the court to eliminate or change your claim, then on or before November 24, 2015, you or your attorney must file a written objection with:

> Clerk, United States Bankruptcy Court
> Eastern District of Wisconsin
> Room 126
> 517 East Wisconsin Avenue, Room 126
> Milwaukee, WI   53202-4581

    You must also provide copies of your objection to:

> LOMBARDO LAW OFFICE
> 10919 WEST BLUEMOUND ROAD
> SUITE 200
> MILWAUKEE, WI 53226

    You must file your objection in time for it to be *received* by the clerk by November 24, 2015.   If the clerk has not received your written objection by this day, the Court may grant the motion, without further notice or hearing, once it has received from the Trustee an affidavit of no objection and a proposed order.

**If, and only if, you file a timely written objection,** a hearing will take place before Judge G. Michael Halfenger in Courtroom 133, U.S. Courthouse, 517 East Wisconsin Avenue, Milwaukee, WI 53202 at the following date and time **December 1, 2015 at 2:30 p.m.** If any party wishes to appear by telephone, that party must contact the Court at (414) 290-2680 prior to the hearing, to provide the name and telephone number of the person who will participate in the hearing.

Dated at Milwaukee, Wisconsin, on October 16, 2015.

/s/_____
Mary B. Grossman, Trustee
Robert W. Stack, Staff Attorney
Christopher D. Schimke, Staff Attorney
Sandra M. Baner, Staff Attorney
Chapter 13 Standing Trustee
P.O. Box 510920
Milwaukee, Wisconsin 53203
T:  (414) 271-3943
F:  (414) 271-9344